# Exhibit A

**Exhibit A**

12 flash cards (assets listed in line item "a" of forfeiture allegation)
QSC01-1: PNY 16GB MicroSD card with SanDisk SD adapter
QSC01-2: SanDisk UltraPlus 32GB SD card
QSC01-3: PNY 32GB MicroSD card with SanDisk SD adapter
QSC01-4: SanDisk 16GB MicroSD card with Samsung SD adapter
QSC01-5: SanDisk 32GB SD card
QSC01-6: SanDisk SDHC card, 16GB
QSC01-7: SanDisk 16GB SDHC card
QSC01-8: eyefi "mobiPRO" 16GB SD card with WiFi
QSC01-9: SanDisk 16GB SDHC card
QSC01-10: SanDisk 16GB SDHC card
QSC01-11: SanDisk 16GB SDHC card with user label "D"
QSC01-12: SanDisk 32GB SD card with Targus USB adapter

Collection of flash media (assets listed in line item "r" of forfeiture allegation)
QSC10-1: SanDisk 1GB MicroSD card
QSC10-2: generic 2GB MicroSD card
QSC10-3: SanDisk 2GB MicroSD card
QSC10-4: generic 128GB MicroSD card
QSC10-5: Toshiba 8GB MicroSD card
QSC10-6: PNY 16GB MicroSD card
QSC10-7: SanDisk 16GB MicroSD card
QSC10-8: SanDisk 2GB SD card
QSC10-9: HP 4GB SD card
QSC10-10: generic 2GB SD card
QSC10-11: SanDisk, 2GB SD card
QSC10-12: PNY "mini attache" 2GB USB thumb drive, orange/black
QSC12-13: generic USB thumb drive 512MB labeled "Delmar Cengage Learning"
QSC12-14: generic 32GB USB thumb drive labeled "Youse", black/silver
QSC12-15: generic 16GB USB thumb drive labeled "Youse", black/silver
QSC12-16: Lexar USB thumb drive, white, 8GB
QSC12-17: generic MicroSD to USB adapter (does not store data)
QSC12-18: Samsung MicroSD to SD adapter (does not store data)