McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JONATHAN MICHAEL THORNTON and<br>KATHERINE LEANN HERRERA,<br><br>                              Defendants. | CASE NO.  2:20-CR-00084-TLN<br><br>STIPULATION CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME;<br>FINDINGS AND ORDER<br><br>DATE: August 20, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.       A status conference in this case was previously set for August 20, 2020.

2.       By this stipulation, the parties now move to continue the status conference until September 17, 2020, at 9:30 a.m., and to exclude time between August 20, 2020, and September 17, 2020, under Local Code T4.

3.       The parties agree and stipulate, and request that the Court find the following:

a.    The government has produced discovery in this matter, including over 500 pages of documents and video evidence.  Counsel for defendants require additional time to review discovery, conduct additional investigation and legal research, and consult with their clients.

b.   Additional discovery, including forensic images of electronic devices, is available for defense counsel to review at the FBI office.  Counsel for defendants require additional time to arrange for the review of such evidence and to retain forensic experts if necessary.

c.   Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.   The government does not object to the continuance.

e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2020, through September 17, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 17, 2020                              McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ MIRA CHERNICK
                                                    MIRA CHERNICK
                                                    Assistant United States Attorney

1   Dated:  August 17, 2020                     /s/ TIMOTHY ZINDEL
2                                               TIMOTHY ZINDEL
                                                Counsel for Defendant
3                                               Jonathan Thornton

4

5

6
7   Dated:  August 17, 2020                     /s/ COLIN L. COOPER
                                                COLIN L. COOPER
8                                               Counsel for Defendant
                                                Katherine Herrera
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## FINDINGS AND ORDER

2

IT IS SO FOUND AND ORDERED this 18th day of August, 2020.

3

4

5

6

Troy L. Nunley
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28