UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-00084-TLN-2 |
| Plaintiff, | |
| vs. | ORDER |
| KATHERINE HERRERA, | |
| Defendant. | |

Based on the foregoing motion it is hereby ordered that KATHERINE HERRERA be transported to Quest Diagnostics Lab at the direction of Officer Selina Guerrero in the Inmate Patient Care Department at the Sacramento County Jail to draw blood and take a saliva sample for genetics and chromosomal testing.

**IT IS SO ORDERED.**

DATED: January 19, 2022

Troy L. Nunley
United States District Judge