COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone: (510) 558-8400
Facsimile: (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
KATHERINE HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20-CR-00084-TLN-2 |
| Plaintiff, | ) | |
| vs. | ) | MOTION, DECLARATION OF COUNSEL AND [PROPOSED] ORDER FOR BLOOD AND SALIVA DRAW FOR GENETIC TESTING PURPOSES |
| KATHERINE HERRERA, | ) | |
| Defendant. | ) | |

    Defendant KATHERINE HERRERA, through undersigned counsel, respectfully moves this Court to permit her to be transported to Clinical Labs and Pathology for blood and saliva draws. This request is based on this Motion and the attached Declaration of counsel.

                                             Respectfully Submitted,

                                             COOPER LAW OFFICES

Dated: July 11, 2022                                  _____/s/_____
                                                   COLIN L. COOPER
                                                   Attorney for Defendant
                                                   KATHERINE HERRERA

# DECLARATION

1. I am the attorney of record for Ms. KATHERINE HERRERA, who is in custody in the Sacramento County Jail.

2. Ms. HERRERA is a 31-year-old woman who has been a client of the Valley Mountain Regional Center since she was 18 years old. She has been diagnosed with "Global Developmental Delay/Intellectual disability, autism spectrum disorder and multiple psychiatric diagnoses and dysmorphic features". (See Exhibit A, Dr. Joyce-So's consult.)

3. I am consulting with a doctor for the purpose of conducting a neuropsychological examination of Ms. HERRERA. The neuropsychological examination requires genetics and chromosomal testing – specifically, a chromosomal micro array test, a fragile X test, and trio exome sequencing. These tests, to be used in the neuropsychological examination of Ms. HERRERA, have been authorized, approved, and ordered by Ms. HERRERA's Doctors and a genetics counselor at UCSF. (See Quest Diagnostic PCS Lab Collect Requisition, attached hereto as Exhibit "B").

4. In order to perform the chromosomal micro array test, the fragile X test, and the trio exome sequencing a nurse/clinician must draw blood from Ms. HERRERA and obtain a saliva sample from Ms. HERRERA.

5. I have discussed the request to draw blood from Ms. HERRERA and the request to take a saliva sample from Ms. HERRERA with Officer Selina Guerrero in the Inmate Patient Care Department at the Sacramento County Jail. Officer Guerrero informed me that the Jail can transport Ms. HERRERA to Clinical Lab and Pathology located at 451 Park Fair Drive, Suite #1, Sacramento, CA 95864 for the blood and saliva

draws and can arrange for the blood samples and saliva sample to be shipped to Prevention Genetics Diagnostics Lab (located at 3800 S. Business Park Avenue, Marshfield, Wisconsin 54449). Officer Guerrero informed me that if the Court authorizes the blood and saliva draws, the jail will arrange to transport Ms. HERRERA to the Clinical Labs and Pathology at a date and time only known to the jail and coordinated with John Dennard at Clinical Labs and Pathology.

6. I have discussed this request with AUSA Veronica Alegria, who does not object to the transport of Ms. HERRERA by Bureau of Prisons to Clinical Labs and Pathology for blood and saliva samples draws.

I declare under penalty that the foregoing is true and correct, except as to those matters stated upon information and belief, and is to those matters, I believe them to be true.

Respectfully Submitted,

COOPER LAW OFFICES

Dated: July 11, 2022

_____/s/_____
COLIN L. COOPER
Attorney for Defendant
KATHERINE HERRERA