UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00084 TLN-2 |
| Plaintiff, | |
| vs. | ORDER |
| KATHERINE HERRERA, | |
| Defendant. | |

Based on the foregoing motion it is hereby ordered that KATHERINE HERRERA be transported to Clinical Labs and Pathology at the direction of Officer Selina Guerrero in the Inmate Patient Care Department at the Sacramento County Jail to draw blood and take a saliva sample for genetics and chromosomal testing.

**IT IS SO ORDERED.**

DATED: July 13, 2022

_____
Troy L. Nunley
United States District Judge