PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KATHERINE LEANN HERRERA, <br><br> Defendant. | CASE NO. 2:20-CR-00084-TLN <br><br> STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> CURRENT DATE: January 25, 2024 <br> [PROPOSED] DATE: February 29, 2024 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on January 25, 2024.

2. By this stipulation, defendant now moves to continue the status conference until February 29, 2024, at 9:30 a.m., and to exclude time between January 25, 2024, and February 29, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery associated with this case, which includes over 500 pages of documents and video evidence. Additional discovery, including forensic images of electronic devices, is available for defense counsel to review at the FBI office. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review discovery, conduct additional investigation and legal research, and consult with his client.

c) Additionally, defense counsel asserts there is good cause for a continuance and to exclude time because defendant is consulting with additional outside counsel. The additional counsel needs additional time to review the medical expert's neuropsychic analysis of Herrera, conduct additional research, and meet with defendant.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2024 to February 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//
//
//
//
//

1
2      IT IS SO STIPULATED.
3
4  Dated: January 22, 2024                     PHILLIP A. TALBERT
                                               United States Attorney
5
6                                              /s/ *Veronica M.A. Alegría*
                                               VERONICA M.A. ALEGRÍA
7                                              Assistant United States Attorney

8  Dated: January 22, 2024                     /s/ *Colin L. Cooper*
                                               COLIN L. COOPER
9                                              Counsel for Defendant
                                               KATHERINE HERRERA
10
11
12
...
28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of January, 2024.

_____
Troy L. Nunley
United States District Judge