PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LEANN HERRERA,<br><br>Defendant. | CASE NO. 2:20-CR-00084-TLN<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: February 29, 2024<br>[PROPOSED] DATE: June 6, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on February 29, 2024.

2. By this stipulation, defendant now moves to continue the status conference until June 6, 2024, at 9:30 a.m., and to exclude time between February 29, 2024, and June 6, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery associated with this case, which includes over 500 pages of documents and video evidence. Additional discovery, including forensic images of electronic devices, is available for defense counsel to review at the FBI office. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review discovery, conduct additional investigation and legal research, and consult with his client.

c) In particular, defense counsel asserts there is good cause for a continuance and to exclude time because defendant's family has recently retained Attorney Marc Mahoney (from New York) for further consultation. Mr. Mahoney specializes in representing and defending people with Autism in both State and Federal Courts throughout the country and has been doing this for more than 40 years. Mr. Mahoney needs additional time to oversee further testing and examination of defendant (by Dr. Lori Sperry), review the results, and consult with defendant and her family.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 29, 2024 to June 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

IT IS SO STIPULATED.

Dated: February 26, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: February 26, 2024

/s/ *Colin L. Cooper*
COLIN L. COOPER
Counsel for Defendant
KATHERINE HERRERA

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of February, 2024.

_____
Troy L. Nunley
United States District Judge