COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
www.cooperdefense.com

Attorneys for Defendant
KATHERINE HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00084-TLN-2 |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT; ORDER |
| vs. | |
| KATHERINE HERRERA, | Current Date: June 6, 2024 |
| Defendant. | Proposed Date: September 19, 2024 |
| | Time: 9:30 a.m. |
| | Court: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status conference on June 6, 2024.

2. By this stipulation, defendant now moves to continue the status conference until September 19, 2024, at 9:30 a.m., and to exclude time between June 6, 2024, and September 19, 2024, under Local Code T4.

3. Recently, the Government produced additional discovery to defense counsel. The parties agree and stipulate, and request that the Court find the following:

   a) The Government has produced discovery associated with this case, which included over 500 pages of documents. Recently, the Government provided

1

additional discovery to defense counsel. Counsel for defendant desires additional time to review the new discovery, conduct additional investigation and legal research, consult with his client and conduct a medical evaluation by Dr. Laurie Sperry.

 b) Additionally, defense counsel asserts there is good cause for a continuance and to exclude time because defendant is consulting with additional outside counsel. The additional counsel needs additional time to review the new discovery provided to defense counsel, conduct research, meet with the defendant and arrange for an in-person evaluation of Ms. HERRERA by Dr. Laurie Sperry. Dr. Sperry is planning to meet with Ms. HERRERA in mid-June in order to conduct a medical evaluation pertaining to Ms. HERRERA's diagnosis of Autism.

c) Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The Government does not object to the continuance.

e) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the Government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of June 6, 2024 to September 19, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 30, 2024                  _____/s/_____
                                     COLIN COOPER
                                     Attorney for Defendant
                                     KATHERINE HERRERA

Dated: May 30, 2024                  _____/s/_____
                                     VERONICA ALEGRIA
                                     Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 31st day of May, 2024.

_____
Troy L. Nunley
United States District Judge