UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00084-TLN-2 |
| Plaintiff, | |
| vs. | ORDER |
| KATHERINE HERRERA, | |
| Defendant. | |

Based on the foregoing motion it is hereby ordered that Dr. Laurie Sperry be permitted to have a contact visit with Ms. HERRERA at the direction of Officer Selina Guerrero in the Inmate Patient Care Department at the Sacrament County Jail in order to interview and directly assess Ms. HERRERA.

**IT IS SO ORDERED.**

DATED: May 31, 2024

Troy L. Nunley
United States District Judge