PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LEANN HERRERA,<br><br>Defendant. | CASE NO. 2:20-CR-00084-TLN<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: September 19, 2024<br>[PROPOSED] DATE: November 7, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

1. By previous order, this matter was set for status on September 19, 2024.

2. By this stipulation, defendant now moves to continue the status conference until November 7, 2024, and to exclude time between September 19, 2024, and November 7, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case, which includes over 500 pages of documents and video evidence. Additional discovery, including forensic images of electronic devices, is available for defense counsel to review at the FBI office. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review discovery, conduct additional investigation and legal research, and consult with his client.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) In particular, defense counsel asserts there is good cause for a continuance and to exclude time because defendant's family has retained Attorney Marc Mahoney for further consultation. Mr. Mahoney needs additional time to oversee further testing and examination of defendant, review the results, and consult with defendant and her family. Mr. Mahoney also needs additional time to complete his review a copy of defendant's digital device, which was recently produced by the government.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 19, 2024 to November 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: September 10, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ *Veronica M.A. Alegría*<br>VERONICA M.A. ALEGRÍA<br>Assistant United States Attorney |
| Dated: September 10, 2024 | /s/ *Colin L. Cooper*<br>COLIN L. COOPER<br>Counsel for Defendant<br>KATHERINE HERRERA |

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

As the instant continuance constitutes the fourth continuance for Status Conference, no further continuances will be granted for Status Conference. During the November 7, 2024, Status Conference, the parties will set dates for Trial, Readiness, and/or Motions.

IT IS SO FOUND AND ORDERED this 10th day of September 2024.

_____
Troy L. Nunley
United States District Judge