PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>KATHERINE LEANN HERRERA,<br><br>                                    Defendant. | CASE NO.  2:20-CR-00084-DC<br><br>AMENDED STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: September 19, 2024<br>[PROPOSED] DATE: December 20, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

## STIPULATION

1.      This filing corrects and amends the stipulation at ECF 124, which the parties agree should be withdrawn.

2.      By previous order, this matter was set for status on September 19, 2024.

3.      The previous order continuing the status conference from September 19, 2024, to November 7, 2024, was vacated.

4.      By this stipulation, defendant now moves to continue the status conference until December 20, 2024, and to exclude time between September 19, 2024, and December 20, 2024, under Local Code T4.

5.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced discovery associated with this case, which includes over 500 pages of documents and video evidence.  Additional discovery, including forensic

1   images of electronic devices, is available for defense counsel to review at the FBI office.  All of

2   this discovery has been either produced directly to counsel and/or made available for inspection

3   and copying.

4          b)      Counsel for defendant desires additional time to review discovery, conduct

5   additional investigation and legal research, and consult with his client.

6          c)      In particular, defense counsel asserts there is good cause for a continuance and to

7   exclude time because defendant's family has retained Attorney Marc Mahoney for further

8   consultation.  Mr. Mahoney needs additional time to oversee further testing and examination of

9   defendant, review the results, and consult with defendant and her family.  Mr. Mahoney also

10  needs additional time to complete his review a copy of defendant's digital device, which was

11  recently produced by the government.

12         d)      Counsel for defendant believes that failure to grant the above-requested

13  continuance would deny him the reasonable time necessary for effective preparation, taking into

14  account the exercise of due diligence.

15         e)      The government does not object to the continuance.

16         f)      The requested continuance is not based on congestion of the Court's calendar,

17  lack of diligent preparation on the part of the attorney for the government or the defense, or

18  failure on the part of the attorney for the Government to obtain available witnesses.

19         g)      Based on the above-stated findings, the ends of justice served by continuing the

20  case as requested outweigh the interest of the public and the defendant in a trial within the

21  original date prescribed by the Speedy Trial Act.

22         h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

23  et seq., within which trial must commence, the time period of September 19, 2024 to December

24  20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

25  Code T4] because it results from a continuance granted by the Court at defendant's request on

26  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

27  best interest of the public and the defendant in a speedy trial.

28         6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

1    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

2    must commence.

3        IT IS SO STIPULATED.

4

     Dated: October 17, 2024                             PHILLIP A. TALBERT
5                                                        United States Attorney

6
                                                         /s/ *Veronica M.A. Alegría*
7                                                        VERONICA M.A. ALEGRÍA
                                                         Assistant United States Attorney
8

9    Dated: October 17, 2024                             /s/ *Colin L. Cooper*
                                                         COLIN L. COOPER
10                                                        Counsel for Defendant
                                                         KATHERINE HERRERA
11

12

13

14       IT IS SO ORDERED.

15   Dated:   **October 17, 2024**

16                                                       Dena Coggins
                                                         United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28