MICHELE BECKWITH
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LEANN HERRERA,<br><br>Defendant. | CASE NO. 2:20-CR-00084-DC<br><br>AMENDED STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: February 7, 2025<br>[PROPOSED] DATE: March 7, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. By previous order, this matter was set for status on February 7, 2025.

2. On January 29, 2025, the parties filed a stipulation requesting the status conference be continued to a date the Court was unavailable. The parties file this AMENDED Stipulation to request a new date the Court is available.

3. By this stipulation, defendant now moves to continue the status conference until March 7, 2025, and to exclude time between February 7, 2025, and March 7, 2025, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery associated with this case, which includes over 500 pages of documents and video evidence. Additional discovery, including forensic images of electronic devices, is available for defense counsel to review at the FBI office. All of this discovery has been either produced directly to counsel and/or made available for inspection

and copying.

b) Counsel for defendant desires additional time to review discovery, conduct additional investigation and legal research, and consult with his client.

c) In particular, defense counsel asserts there is good cause for a continuance and to exclude time because defendant's family has retained Attorney Marc Mahoney for further consultation. Mr. Mahoney completed a 152-page memorandum for the government to review, which he provided to defense counsel and the government on December 11, 2024. On January 28, 2025, the parties and Dr. Laurie Sperry met for several hours discuss her reports and psychological examination of defendant. On January 29, 2025, defense counsel produced hundreds of pages of exhibits related to their memorandum and the evaluations conducted by Dr. Sperry. The parties need additional few weeks to review these documents and have additional follow-up discussions related to the reports and exhibits.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 7, 2025 to March 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 31, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: January 31, 2025

/s/ *Colin L. Cooper*
COLIN L. COOPER
Counsel for Defendant
KATHERINE HERRERA

**ORDER**

IT IS SO ORDERED.

Dated:   **January 31, 2025**

Dena Coggins
United States District Judge

3