

United States District Court
Eastern District of California

| United States of America | Case Number: 2:20-cr-00084 DC |
|---|---|
| Plaintiff(s) | |
| V. | |
| Katherine Leann Herrera | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mark J. Mahoney hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Katherine Leann Herrera

On 02/18/1975 (date), I was admitted to practice and presently in good standing in the N.Y. Appellate Division, Third Department (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/07/2025           Signature of Applicant: /s/ Mark J. Mahoney

**Pro Hac Vice Attorney**

Applicant's Name: Mark J. Mahoney
Law Firm Name: Harrington & Mahoney
Address: 70 Niagara Street
Third Floor
City: Buffalo   State: NY   Zip: 14202
Phone Number w/Area Code: (716) 853-3700
City and State of Residence: Buffalo, NY
Primary E-mail Address: mjm@harringtonmahoney.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Etan Zaitsu
Law Firm Name: Zaitsu Law
Address: 331 J Street
Suite 200
City: Sacramento   State: CA   Zip: 95814
Phone Number w/Area Code: (916) 542-0270   Bar #: 287106

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 04/29/2025

Dena Coggins
United States District Judge