Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
KATHERINE HERRERA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KATHERINE HERRERA,<br><br>　　　　　Defendant. | Case No.: 2:20-CR-00084<br><br>[~~PROPOSED~~] ORDER |

Pursuant to Local Rule 141 and based upon the representation contained in the Defendant's Request to Seal, and because the Court finds that there are compelling reasons for sealing these documents under the circumstances, IT IS HEREBY ORDERED that Defendant's Exhibits A and B of her Motion for Bail Review at Docket 158 shall be sealed until further order of the Court.

It is further ordered that access to the sealed files shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, U.S. Pretrial Services, and U.S. Probation.

Dated:  May 21, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

**[Proposed] Order**