UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 27, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE LEANN HERRERA,<br><br>　　　　Defendant. | Case No.  2:20-cr-00084-DC-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  KATHERINE LEANN HERRERA,

Case No.  2:20-cr-00084-DC-2 , Charge 18 U.S.C. § 2551(a), from custody for the following reasons:

　　＿＿＿  Release on Personal Recognizance

　　＿＿＿  Bail Posted in the Sum of $ ＿＿＿＿＿

　　　　＿＿＿  Unsecured Appearance Bond $ ＿＿＿＿＿

　　　　＿＿＿  Appearance Bond with 10% Deposit

　　　　＿＿＿  Appearance Bond with Surety

　　　　＿＿＿  Corporate Surety Bail Bond

　　　　**x**  (Other):  Release delayed until 5/28/2025 at 1:00 PM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on May 27, 2025, at  4:00 PM.

　　　　　　　　　　　　　　　　　　By:  _/s/ Sean C. Riordan_____

　　　　　　　　　　　　　　　　　　Magistrate Judge Sean C. Riordan