MICHELE BECKWITH
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00084-DC |
| Plaintiff, | ORDER |
| v. | |
| KATHERINE LEANN HERRERA, | |
| Defendant. | |

Upon the motion of the United States, good cause having been shown, it is hereby ORDERED that the order issued on May 27, 2025, by United States Magistrate Judge Sean C. Riordan authorizing the release of defendant KATHERINE LEANN HERRERA shall be stayed, and KATHERINE LEANN HERRERA shall remain in the custody of the United States Marshal's Service pending further proceedings before this Court on the government's motion to revoke the release order pursuant to Title 18, United States Code, Section 3145.

IT IS SO ORDERED.

Dated:  **May 28, 2025**

Dena Coggins
United States District Judge