UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LEANN HERRERA,<br><br>Defendant. | No. 2:20-cr-00084-DC-2<br><br>ORDER DENYING DEFENDANT'S MOTION TO FILE ADDITIONAL SUPPLEMENTAL BRIEFING<br><br>(Doc. No. 189) |

On June 11, 2025, Defendant Katherine Leann Herrera filed a motion for permission to file an additional supplemental memorandum in opposition to the Government's motion to revoke the May 27, 2025 ruling by Magistrate Judge Sean C. Riordan authorizing the pretrial release of Defendant Herrera. (Doc. No. 189.) For the reasons explained below, Defendant's motion will be denied.

During the hearing on the Government's motion held on June 2, 2025, Defendant requested the court continue the hearing to allow the parties time to file supplemental briefs. (Doc. No. 178.) The court granted Defendant's request and directed any supplemental brief by Defendant to be filed by 5:00 p.m. on June 6, 2025. (*Id.*) Rather than timely file a supplemental brief, Defendant filed a request for an extension of time to 11:00 p.m. that evening, which the court granted. (Doc. Nos. 180, 181.) Defendant did not, however, timely file a supplemental brief by that extended deadline. Instead, Defendant filed a supplemental brief on June 10, 2025—four

1  days after the extended deadline had passed. (Doc. No. 182.) Consequently, on June 11, 2025, the
2  court issued an order to Defendant to show cause why Defendant failed to comply with the
3  court's June 6, 2025 order. (Doc. No. 185.)

4      The court does not find good cause to permit Defendant to file further supplemental
5  briefing. Notably, in Defendant's pending motion for permission to file an additional
6  supplemental memorandum, Defendant does not explain why the previous filing deadline was not
7  met, nor why the information offered in the additional supplemental memorandum could not have
8  been included in Defendant's supplemental brief filed on June 10, 2025. While the court does not
9  find good cause to allow Defendant to provide further supplemental briefing, the parties may
10 nonetheless present oral argument at the hearing on the Government's motion, which has been
11 continued and specially set for June 18, 2025 at 2:00 p.m.

12     For these reasons, Defendant's motion for permission to file an additional supplemental
13 memorandum (Doc. No. 189) is DENIED.

IT IS SO ORDERED.

Dated:  **June 12, 2025**

Dena Coggins
United States District Judge

2