1  Etan Zaitsu [SBN 287106]
   Attorney at Law
2
3  ZAITSU LAW
   331 J Street, Suite 200
4  Sacramento, CA  95814
   916.542.0270
5
6  Attorney for Defendant
   KATHERINE HERRERA
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00084-DC |
| Plaintiff, | **ORDER** |
| v. | |
| KATHERINE HERRERA, | |
| Defendant. | |

Pursuant to Local Rule 141 and based upon the representation contained in the Defendant's Request to Seal, and because the Court finds that there are compelling or otherwise sufficient reasons for sealing these documents under the circumstances, IT IS HEREBY ORDERED that Defendant's Exhibits E of her Supplementary Briefing at Docket 182 shall be sealed until further order of the court.

It is further ordered that access to the sealed files shall be limited to the Counsel for the Defendant, the U.S. Attorney's Office, U.S. Pretrial Services, and U.S. Probation.

IT IS SO ORDERED.

Dated:  **June 18, 2025**

_____
Dena Coggins
United States District Judge