```
 1  KIMBERLY A. SANCHEZ
    Acting United States Attorney
 2  VERONICA M.A. ALEGRÍA
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
    Attorneys for Plaintiff
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KATHERINE LEANN HERRERA,<br><br>            Defendant. | CASE NO. 2:20-CR-00084-DC<br><br>STIPULATION CONTINUING HEARING ON MOTION TO EXCLUDE; [PROPOSED] ORDER<br><br>CURRENT DATE: August 29, 2025<br>[PROPOSED] DATE: October 24, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |
|---|---|

## STIPULATION

1.  At the Status Conference on May 2, 2025, and by agreement of the parties, the Court ordered a briefing schedule regarding the government's forthcoming motion to exclude defense expert testimony on defendant's alleged autism spectrum disorder pursuant to the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), and set a hearing on the matter on August 29, 2025, at 9:30 a.m. *See* ECF No. 156.

2.  At a Status Conference on August 1, 2025, new defense counsel substituted in the case. *See* ECF No. 208. The Court vacated the previous hearing and briefing schedule and instructed the parties to stipulate to new deadlines. *See id.*

3.  By this stipulation, the parties agree to the following hearing date and briefing schedule:

    a) Government's motion due: September 26, 2025

    b) Defendant's opposition due: October 10, 2025

STIPULATION CONTINUING HEARING DATE                    1

      c)    Government's reply due: October 17, 2025

      d)    Hearing date: October 24, 2025, at 9:30 a.m. in the Courtroom of the Honorable Dena Coggins, Courtroom 8.

IT IS SO STIPULATED.

Dated: August 11, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: August 11, 2025

/s/ *Kenneth Lloyd Rosenfeld*
KENNETH LLOYD ROSENFELD
LINDA M. PARISI
MARK MAHONEY
Counsel for Defendant
KATHERINE HERRERA

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' Stipulation with a modification to the proposed motion hearing date. Accordingly, the Government's motion shall be filed no later than September 26, 2025, and noticed for hearing on November 14, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins; with the Defendant's opposition to be filed no later than October 10, 2025; and the Government's reply filed no later than October 17, 2025.

IT IS SO ORDERED.

Dated:   **August 11, 2025**

Dena Coggins
United States District Judge