ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00084-DC |
|---|---|
| Plaintiff, | STIPULATION CONTINUING HEARING ON MOTION TO EXCLUDE; [PROPOSED] ORDER |
| v. | CURRENT DATE: November 14, 2025 |
| KATHERINE LEANN HERRERA, | [PROPOSED] DATE: November 19, 2025 |
| Defendant. | TIME: 1:30 p.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. By stipulation, the parties agree to continue the hearing date regarding the government's motion to exclude defense expert testimony on defendant's alleged autism spectrum disorder pursuant to the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). *See* ECF No. 213. By Court order, the matter was set for a hearing on November 14, 2025, at 9:30 a.m. ECF No. 211.

2. The parties timely filed their briefs and are ready for a hearing on the matter. *See* ECF Nos. 213 (government's motion), 217 (defendant's opposition), 218 (government's reply).

3. None of the defense counsel are available to attend the hearing on November 14, 2025. In particular, defense counsel who will be arguing the matter – Linda Parisi – has medical appointments on that date in preparation for a surgery scheduled for November 20, 2025, and then will be unavailable for the next month.

//

STIPULATION CONTINUING HEARING DATE    1

4. By this stipulation, the parties agree to continue the hearing date to the following specially set date and time: November 19, 2025, at 1:30 p.m. in the Courtroom of the Honorable Dena Coggins, Courtroom 8.

IT IS SO STIPULATED.

Dated: November 6, 2025

ERIC GRANT
United States Attorney

/s/ *Veronica Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: November 6, 2025

/s/ *Linda Parisi*
LINDA M. PARISI
KENNETH LLOYD ROSENFELD
MARK MAHONEY
Counsel for Defendant
KATHERINE HERRERA

STIPULATION CONTINUING HEARING DATE                    2

**ORDER**

The court, having received, read and considered the parties' stipulation filed on November 11, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Motion Hearing as to the Government's Motion filed at document number 213 set for November 14, 2025, is VACATED and RESET for November 19, 2025, at 1:30 p.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: __**November 6, 2025**__

Dena Coggins
United States District Judge