**REICHELLAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
KATHERINE HERRERA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00084 DC |
| Plaintiff, | DEFENSE UNOPPOSED REQUEST FOR ORDER ALLOWING DEFENSE DOCTOR TO HAVE CONTACT VISIT AT SACRAMENTO COUNTY MAIN JAIL FOR PURPOSES OF COMPETENCY EVALUATION; ORDER |
| vs. | |
| KATHERINE HERRERA, | Date: N/A |
| Defendant | Time: N/A |
| | Court: HON. DENA M. COGGINS |
| | UNITED STATES DISTRICT JUDGE |

**DEFENSE REQUEST FOR ORDER**

Defendant, through counsel, hereby requests an Order from this Court which allows a contact visit for purposes of a competency examination at the Sacramento County Mail Jail, where defendant is currently housed, for the defense retained medical professional.

The Sacramento County Jail has advised that they will allow such contact visit and exam to take place but will need a Court order to that effect. Defense counsel needs the visit from the medical professional in order to address the issue of competency in the case.

Defense counsel has met and conferred with the Government counsel on the request, and they do not have an opposition to the requested Order.

*ORDER FOR CONTACT VISIT FOR DEFENSE EXPERT 1*

The defense retained medical professional is:

Denise C. Kellaher, D.O.

General & Forensic Psychiatry

2976 E. State Street, Suite 120-1004

| | |
|---|---|
| Dated: December 9, 2025 | Respectfully submitted, |
| | */s/ Mark J. Reichel*<br>MARK J. REICHEL<br>Attorney for Defendant |

Non opposition to the requested Order.

ERIC GRANT
United States Attorney

| | |
|---|---|
| Dated: December 9, 2025 | */s/ Veronica Alegria*<br>VERONICA ALEGRIA<br>Assistant U.S. Attorney |

**ORDER**

The court, having received, read and considered defendant Katherine Herrera's December 10, 2025 unopposed request for contact visit and examination with a defense retained medical professional on the issue of competency is APPROVED. Accordingly, Denise C. Kellaher, D.O., is permitted to have a contact visit to exam defendant at the Sacramento County Main Jail for purposes of assisting the defense in addressing the issue of defendant's competency. The visit is subject to the facility's safety procedures. The time of the contact shall be at a time designated by the facility.

IT IS SO ORDERED.

Dated:   **December 10, 2025**   _____
Dena Coggins
United States District Judge