UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LEANN HERRERA,<br><br>Defendant. | No. 2:20-cr-00084-DC-2<br><br>ORDER FOR AN EXAMINATION UNDER 18 U.S.C. §§ 4241 AND 4242<br><br>(Doc. No. 236) |

This matter is before the court on Defendant Katherine Leann Herrera's motion to determine competency pursuant to 18 U.S.C. § 4241 and to suspend any further substantive court hearings. (Doc. No. 236.) In declarations supporting that motion, Attorney Kenneth Rosenfeld and Attorney Linda Parisi affirmed that after meeting with Defendant more than ten times, they believe Defendant is not competent to effectively assist in her own defense. (Doc. No. 236-1 at 4–5.)

On December 19, 2025, Defendant appeared before the court with her defense counsel, Attorney Mark Reichel and Attorney Kenneth Rosenfeld. At the hearing, the court addressed defense counsel's motion for a competency hearing. After hearing from the parties and considering the record to date, and as stated on the record at the hearing, the court finds there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature

1

and consequences of the proceedings against her or to assist properly in her defense. *See* 18 U.S.C. § 4241(a). In addition, Defendant filed a notice under Federal Rule of Criminal Procedure 12.2 of her intent to rely on an insanity defense. (Doc. No. 212.)

Therefore, as provided in 18 U.S.C. §§ 4241, 4242, and 4247(c), the court finds it necessary to order that Defendant be examined to determine mental competency and that a report be provided to the court concerning whether Defendant (1) understands the nature and consequences of the proceedings against her (2) can assist properly in her defense, and (3) was of unsound mind at the time of the alleged offense.

Accordingly:

1. Defendant's motion for a hearing on the competency of Defendant and to suspend any further substantive court hearings (Doc. No. 236) is GRANTED;

2. Defendant shall be committed to the custody of the U.S. Bureau of Prisons for the period of examination for placement in a suitable facility for a reasonable period, not to exceed forty-five days, pursuant to 18 U.S.C. § 4247(b);

3. The U.S. Marshal's Service is directed to transfer Defendant, no earlier than January 11, 2026, to a suitable facility closest to the court, subject to space availability and security concerns;

4. Defendant shall submit to a psychiatric and/or psychological examination by an examiner chosen by the U.S. Bureau of Prisons who is designated as an examiner under the provisions of the 18 U.S.C. § 4247(b);

5. Upon completion of the examination, the examiner shall prepare a full report, which includes the following information as required by 18 U.S.C. § 4247(c):

    a. Defendant's history and present symptoms;
    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;
    c. The examiner's findings; and
    d. The examiner's opinions as to diagnosis, prognosis, whether Defendant is suffering from a mental disease or defect rendering her mentally

incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, as defined in 18 U.S.C. § 4241(a); and whether Defendant was insane at the time of the offense charged, as defined in 18 U.S.C. § 4242(a);

6. The examiner's report shall be filed with the court, under seal, and copies shall be provided to counsel of record for Defendant and to counsel of record for the Government, as provided in 18 U.SC. § 4247(c);

7. The clerk of the court shall provide a copy of this order to the U.S. Bureau of Prisons; and

8. The clerk of the court shall provide a copy of this order to the U.S. Marshal's Service, which shall make the necessary arrangements for the transport and examination of Defendant.

IT IS SO ORDERED.

Dated: **January 7, 2026**

Dena Coggins
United States District Judge