**MARK REICHEL, State Bar #155034**
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
KATHERINE HERRERA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KATHERINE HERRERA,<br><br>          Defendant | )  Case No. 2:20-CR-00084-DC<br>)<br>)  STIPULATION CONTINUING STATUS<br>)  CONFERENCE TO FEBRUARY 27, 2026,<br>)  AT 9:30 AM AND FOR EXCLUDABLE<br>)  TIME PERIODS UNDER SPEEDY TRIAL<br>)  ACT AND ORDER<br>)<br>)  DATE: FEBRUARY 27, 2026<br>)  TIME: 9:30 AM<br>)  COURT: Hon. DENA COGGINS<br>)<br>)<br>) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney, Veronica Alegria, and defendant, by and through their counsel of record, Kenneth Rosenfeld, Linda Parisi, and Mark J. Reichel, hereby stipulate as follows:

1. By stipulation, the defendant moves to continue status conference to February 27, 2026, at 9:30 AM, and to exclude time between January 30, 2026, and February 27, 2026, under Local Code T4 and under §18 U.S.C. 3161(h)(1)(A).

*Stipulation & Order to Continue Status Conference*
*1*

2.  The defendant has been seen by the defense retained expert on or about January 9, 2025. No report for the defense is available yet.

3.  The defendant has yet to be seen by the Bureau of Prisons professionals for an examination.

4.  The government does not object to the continuance.

5.  Based on the foregoing, all counsel and the defendant desire to re set the case for a status hearing on February 27, 2026, at 9:30 AM.

6.  Based on the above findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the failure to grant such a continuance would deny the Defendant continuity of counsel and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7.  For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq. within which trial must commence, the time period of January 30, 2026, to February 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] and§18 U.S.C. 3161(h)(1)(A) for a period of time resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant.

8.  Nothing in the stipulation and order shall preclude a finding that the other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Eric Grant
United States Attorney

Dated: January 26, 2026

*/s/VERONICA ALEGRIA*
VERONICA ALEGRIA

*Stipulation & Order to Continue Status Conference*
*2*

Assistant United States Attorney

Dated: January 26, 2026

*/s/KENNETH ROSENFELD*
KENNETH ROSENFELD
Counsel for Defendant
Katherine Herrera

Dated: January 26, 2026

*/s/LINDA PARISI*
LINDA PARISI
Counsel for Defendant
Katherine Herrera

Dated: January 26, 2026

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Katherine Herrera

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 26, 2026 (Doc. No. 239), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference  (Status of Competency and Further Motion Hearing) scheduled for January 30, 2026, is VACATED and RESET for February 27, 202,6 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 30, 2026 and February 27, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 27, 2026**

_____

Dena Coggins
United States District Judge