**KENNETH ROSENFELD SBN 186060**
**THE ROSENFELD LAW FIRM**
555 Capitol Mall, Ste. 1245
Sacramento, CA 95814
Telephone: 916.447.2070
Facsimile: 888.505.9331
krosenfeld@therosenfeldlawfirm.com

Attorneys for KATHERINE LEANN HERRERA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

KATHERINE LEANN HERRERA,

    Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-CR-00084-DC

STIPULATION REGARDING
EXCLUDABLE TIME PERIODS UNDER
SPEEDY TRIAL ACT: ORDER

DATE: August 19, 2026
TIME: 10:00 AM
COURT: Hon. DENA COGGINS

## STIPULATION

The United States of America through its undersigned counsel, Veronica Alegria, Assistant United States Attorney, together with counsel for defendant Katherine Leann Herrera, Kenneth Rosenfeld, Esq., Linda Parisi, Esq., Mark Reichel, Esq., and Mark Mahoney, Esq. hereby stipulate the following:

1. By previous order, the Court set an Evidentiary Hearing for June 29, 2026, at 10:00 AM in Courtroom 10 before District Judge Dena M. Coggins.

2. By this stipulation, the parties now move to continue the matter until August 19, 2026, at 10:00 AM, and to exclude time between June 29, 2026, and August 19, 2026, under U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] to allow defense counsel time to prepare.

*Stipulation Regarding Excludable Time Periods Under the Speedy Trial Act; Order*
*1*

3. The basis for this request is lead counsel, Mark Mahoney, regarding competency, is not available on June 29, 2026. Mr. Mahoney is available on August 19, 2026.

4. Mr. Mahoney's office is in the state of New York.

5. Counsel for defendant believe that failure to grant the above requested continuance would result in Ms. Herrera being denied her Sixth Amendment right to counsel of her choosing as Mr. Mahoney is the lead and expert attorney on the issue of competency.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161. Et seq., within which trial must commence, the time period of June 29, 2026 to August 19, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. The parties agree and stipulate, and request the Court find the following:

Hearing Date: August 19, 2026, at 10:00 AM in the Courtroom of the Honorable Dena M. Coggins.

8. All parties opening briefs shall be submitted no later than:    July 29, 2026,

9. All parties optional reply briefs submitted no later than:    August 5, 2026

10. All parties' witness and exhibit lists submitted no later than August 12, 2026

IT IS SO STIPULATED.

Dated: June 16, 2026                          Eric Grant
                                              United States Attorney

                                              */s/VERONICA ALEGRIA*
                                              VERONICA ALEGRIA
                                              Assistant United States Attorney

Dated: June 16, 2026                          */s/KENNETH ROSENFELD*
                                              KENNETH ROSENFELD
                                              Counsel for Defendant
                                              Katherine Leann Herrera

Dated: June 16, 2026                    */s/LINDA M. PARISI*
                                        Counsel for Defendant
                                        Katherine Leann Herrera

Dated: June 16, 2026                    */s/MARK MAHONEY*
                                        MARK MAHONEY
                                        Counsel for Defendant
                                        Katherine Leann Herrera

Dated: June 16, 2026                    */s/MARK J. REICHEL*
                                        MARK J. REICHEL
                                        Counsel for Defendant
                                        Katherine Leann Herrera

**ORDER**

IT IS HEREBY ORDERED as to Katherine Leann Herrera, the court, having received, read and considered the parties' stipulation filed on June 16, 2026 (Doc. No. 253), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Evidentiary Hearing scheduled for June 29, 2026, is VACATED and RESET for August 19, 2026 at 10:00 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. All parties opening briefs shall be filed no later than 5:00 PM on July 29, 2026, optional reply briefs shall be filed no later than 5:00 PM on August 5, 2026, and all parties witness and exhibit lists shall be filed no later than 5:00 PM on August 12, 2026. The time period between June 29, 2026 and August 19, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 17, 2026**

_____
Dena Coggins
United States District Judge