**KENNETH ROSENFELD SBN 186060**
**THE ROSENFELD LAW FIRM**
555 Capitol Mall, Ste. 1245
Sacramento, CA 95814
Telephone: 916.447.2070
Facsimile: 888.505.9331
krosenfeld@therosenfeldlawfirm.com

**LINDA PARISI, State Bar #84247**
Attorney at Law
917 G Street
Sacramento, CA 95814
Telephone (916) 441-4888
linda@wingparisilaw.com

**REICHEL LAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.801.2314
Facsimile: 888.505.9331
mark@reichellaw.com

Attorneys for KATHERINE LEANN HERRERA

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>KATHERINE LEANN HERRERA,<br>Defendant | Case No. 2:20-CR-00084-DC<br><br>REQUEST TO CONTINUE STATUS OF COUNSEL HEARING FOR ONE WEEK TO AUGUST 28, 2026: [~~PROPOSED~~] ORDER<br><br>DATE: August 19, 2026<br>TIME: 10:00 AM<br>COURT: Hon. DENA COGGINS |

**Request to Continue Status of Counsel Hearing**

Attorney Mark Mahoney is scheduled and prepared to board a flight from Buffalo, New York to Sacramento, CA, at 6:45 PM, EST, in order to appear in person at a hearing for his client on August

21, 2026. Attorney Mahoney is seeking permission from the Court to continue the August 21, 2026 hearing to August 28, 2026. It would greatly assist Mr. Mahoney if the Court would rule on this request as soon as possible so that he may travel one week from now.

Respectfully,

Dated: August 20, 2026 *[/s/Mark Reichel]*

Mark Reichel

ORDER

IT IS HEREBY ORDERED as to Katherine Leann Herrera, the court, having received, read and considered the Defendant's Request to Continue filed on August 20, 2026 (Doc. No. 270), and good cause appearing therefrom, APPROVES the request. Accordingly, the Status Conference and Motion Hearing scheduled for August 21, 2026, is VACATED and RESET for August 28, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **August 20, 2026**

Dena Coggins
United States District Judge