**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
KATHERINE LEANN HERRERA

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KATHERINE LEANN HERRERA,<br>Defendant | Case No. 2:20-CR-00084-DC<br><br>STIPULATION REGARDING MODIFICATION OF DEFENSE REPLY TO SUPPLEMENTAL GOVERNMENT BRIEF, SCHEDULE; ORDER<br><br>DATE: OCTOBER 16, 2026<br>TIME: 9:30 AM<br>COURT: HON. DENA M. COGGINS |

**STIPULATION**

Defense counsel respectfully requests additional time to reply to the government's supplemental brief regarding the defendant's additional expert witness. The government agrees to the extension of time, from the original date of September 25, 2026, to October 8, 2026. Defense counsel has been recently added as the lead attorney and requires additional time to formulate a satisfactory response.

Based thereon, the parties hereby stipulate to a continuance of the defendant's reply date as follows:

| | |
|---|---|
| Motion Hearing Date: | October 16, 2026 |

| | |
|---|---|
| Defense Reply to Government Brief | October 8, 2026 |
| Government Brief Filed: | September 18, 2026 |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: September 23, 2026

Eric Grant
United States Attorney

*/s/VERONICA ALEGRIA*
VERONICA ALEGRIA
Assistant United States Attorney

Dated: September 23, 2026

REICHELLAW PC

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Katherine Leann Herrera

**ORDER**

IT IS HEREBY ORDERED as to Katherine Leann Herrera, the court, having received, read and considered the parties' stipulation filed on September 23, 2026 (Doc. No. 278), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the supplemental briefing schedule as to the Government's Motion to Exclude Evidence of Mental Condition (Doc. No. 213) is MODIFIED as follows: Defendant's supplemental reply brief shall be filed by 12:00 PM on October 8, 2026.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Dena Coggins
United States District Judge