# United States District Court
# Eastern District of California

UNITED STATES OF AMERICA

Plaintiff(s)

V.

KATHERINE LEANN HERRERA

Defendant(s)

Case Number: 2:20-CR-0084 DC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, MARK J. MAHONEY hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

KATHERINE LEANN HERRERA

On 02/18/1975 (date), I was admitted to practice and presently in good standing in the '. APPELLATE DIVISION, THIRD DEPARTME (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

USA v Herrera (instant case) 20-CR-0084 DC for and with prior counsel. Order granted April 29 202

Date: 10/22/2026 Signature of Applicant: /s/ Mark J. Mahoney

**Pro Hac Vice Attorney**

Applicant's Name: MARK J. MAHONEY

Law Firm Name: HARRINGTON & MAHONEY

Address: 70 NIAGARA STREET

City: BUFFALO State: NY Zip: 14202

Phone Number w/Area Code: (716) 853-3700

City and State of Residence: BUFFALO, NY

Primary E-mail Address: MJM@HARRINGTONMAHONEY.COM

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: MARK J. REICHEL

Law Firm Name: REICHEL LAW PC

Address: 455 CAPITOL MALL, SUITE 802

City: SACRAMENTO State: CA Zip: 95814

Phone Number w/Area Code: (916) 548-7398 Bar # 155034

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 3, 2026

Dena Coggins
United States District Judge