United States District Court
Eastern District of California
Sacramento Division

United States of America,

*Plaintiff*

vs

Katherine Leann Herrera,

*Defendant*

Order Sealing Documents as Set Forth in Defense Notice

CASE NO: 2:20-CR-00084-DC

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant Katherine Herrera's Request to Seal filed in conjunction with the Notice of Request to Seal (Doc. No. 292), IT IS HEREBY ORDERED that the Defense Exhibits 1 through 5, Expert Disclosure #1, Expert Disclosure #2, and the Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's request, sealing the Defendant's motion serves a compelling interest.

/ / /

/ / /

/ / /

The Court further finds that, in the absence of closure, the compelling interests identified by the defense would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Defendant's motion that would adequately protect the compelling interests identified by the defense.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dena Coggins
United States District Judge